# NO. 12-13-00055-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EAST TEXAS MEDICAL CENTER, CROCKETT* | § | *APPEAL FROM THE 349TH* |
| *APPELLANT* | | |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *CHAD RIEMENSCHNEIDER, ET UX REBEKAH RIEMENSCHNEIDER,* | | |
| *APPELLEES* | § | *HOUSTON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed an unopposed motion to dismiss this appeal. In its motion, Appellant states that the Texas Supreme Court has recently decided the keystone issue in this appeal and therefore Appellant has no basis on which to appeal. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is **granted**, and the appeal is **dismissed**.

Opinion delivered May 15. 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

## MAY 15, 2013

## NO. 12-13-00055-CV

**EAST TEXAS MEDICAL CENTER, CROCKETT**,
Appellant
V.
**CHAD RIEMENSCHNEIDER, ET UX REBEKAH RIEMENSCHNEIDER,**
Appellees

Appeal from the 349th Judicial District Court
of Houston County, Texas. (Tr.Ct.No. 12-0006)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*